**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DEAN NEICE,<br><br>Plaintiff,<br><br>v.<br><br>CHAPLAIN OF LERDO PRETRIAL, et al.,<br><br>Defendants. | No. 1:26-cv-0309 KES EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>Doc. 6 |

Robert Dean Neice is a pretrial detainee at the Lerdo Pre-Trial Detention Facility and seeks to proceed with a civil rights action pursuant to 42 U.S.C. § 1983.  As Neice did not pay the filing fee when he initiated the action, the Court ordered him to file an application to proceed in forma pauperis or pay the filing fee in full.  Doc. 3.  After Neice failed to respond, the magistrate judge recommended the action be dismissed for failure to pay the filing fee, failure to prosecute this case, and failure to comply with the Court's order.  Doc. 6.

On March 19, 2026, the Court served the findings and recommendations on Neice and granted him thirty days to file any objections. Doc. 6 at 3.  The Court informed Neice that a failure to file timely objections may result in the waiver of rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  To date, Neice has not filed objections or paid the filing fee.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court performed a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.  The Court ORDERS:

1. The findings and recommendations issued March 19, 2026 (Doc. 6) are ADOPTED in full.

2. The action is DISMISSED without prejudice.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 7, 2026

_____
UNITED STATES DISTRICT JUDGE

2